DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NIKLAS YURY PROKOPISHEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3435

[April 12, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 2010-CF-000798-AXXX-MB.

Niklas Yury Prokopishen, Lowell, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***